IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAYBAR PROPERTIES, LLC                                      PLAINTIFF

v.                              No. 4:23-cv-248-DPM

MEDPARTNERS, INC; KATINA
SIMMONS; and KOSSI SIMMONS                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 20 August 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 June 2024